**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | DeNardo Capital II LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2850404 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 86 Main Street | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Irvington    NY    10533 | |
| City    State    ZIP Code | City    State    ZIP Code |
| Westchester County | **Location of principal assets, if different from principal place of business** |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor  DeNardo Capital II LLC
        Name                                                          Case number (if known)_____

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . |
| | | 236117 |

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check **all** that apply*: |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes.  District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |
| | | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
|---|---|---|
| | | ☑ Yes.  Debtor  DeNardo Capital Management LLC    Relationship  Parent |
| | List all cases. If more than 1, attach a separate list. | District  SDNY      When  02/16/2021 |
| | | MM / DD / YYYY |
| | | Case number, if known  21-22098 |

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

Debtor  DeNardo Capital II LLC  
        Name

Case number (*if known*) _____

### 11. Why is the case filed in *this district*?

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

### 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No  
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____  
Number   Street

_____

_____  
City                                     State     ZIP Code

**Is the property insured?**

☐ No  
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

### 13. Debtor's estimation of available funds

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.  
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☑ 1-49          ☐ 1,000-5,000       ☐ 25,001-50,000  
☐ 50-99         ☐ 5,001-10,000      ☐ 50,001-100,000  
☐ 100-199       ☐ 10,001-25,000     ☐ More than 100,000  
☐ 200-999

### 15. Estimated assets

☐ $0-$50,000            ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion  
☐ $50,001-$100,000      ☑ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion  
☐ $100,001-$500,000     ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion  
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

| Debtor | DeNardo Capital II LLC | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/16/2021
             MM / DD / YYYY

✘ /s/ Joseph DeNardo                        Joseph DeNardo
  Signature of authorized representative of debtor    Printed name

  Title  Manager

**18. Signature of attorney**

✘ /s/ Dawn Kirby                   Date  02/16/2021
  Signature of attorney for debtor          MM / DD / YYYY

  Dawn Kirby
  Printed name
  Kirby Aisner & Curley LLP
  Firm name
  700 Post Road Suite 237
  Number     Street
  Scarsdale                           NY        10583
  City                                State     ZIP Code

  (914) 401-9500                      dkirby@kacllp.com
  Contact phone                       Email address

  2733004                             NY
  Bar number                          State

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page **4**

United States Bankruptcy Court

Southern District of New York

In re: DeNardo Capital II LLC

Case No.

Chapter 11

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/16/2021

/s/ Joseph DeNardo
Signature of Individual signing on behalf of debtor

Manager
Position or relationship to debtor

Akerman LLP
520 Madison Avenue, 20th Floor
Attn: Mark Lichtenstein
New York, NY 10022

GRCH Architecture PC
3750 Express Drive South/
Ste 202
Islandia, NY 11749

Heller & Fillipone
925 Westchester Avenue
Ste 103
West Harrison, NY 10604

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JMC Site Development Consultants
120 Bedford Road
Armonk, NY 10504

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

Office of the United States Trustee
201 Varick Street, Ste. 1006
New York, NY 10014

Silver Point Finance LLC
Two Greenwich Plaza
1ST Floor
Greenwich, CT 06830

Specialty Credit Holdings LLC
Two Greenwich Plaza
1st Floor
Greenwich, CT 06830

Town of Greenburgh
Tax Dept.
177 Hillside Avenue
Greenburgh, NY 10607

Village of Irvington
Tax Department
85 Main Street
Irvington, NY 10533

Village of Irvington
85 Main Street
Village Manager
Irvington, NY 10533

Ward Carpenter Engineers Inc.
76 Mamaroneck avenue
White Plains, NY 10601

Zee Bridge Capital LLC
450 Lexington Avenue
New York, NY 10017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

DeNardo Capital II LLC

                                Debtor.

Chapter 11
Case No.: 21-

-------------------------------------------------------------------X

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Joseph DeNardo, declare under penalty of perjury that I am a Manager of DeNardo Capital II LLC (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of the Company at a special meeting duly called and held on February 16, 2021.

"Whereas it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Joseph DeNardo, Manager of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved that Joseph DeNardo, Manager of this Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved that Joseph DeNardo, Manager of this Company is authorized and directed to employ Kirby Aisner & Curley LLP to represent the Company in such bankruptcy case."

Dated:  Irvington, New York
         February 16, 2021

                                              DeNardo Capital II LLC

                                              By:   /s/ Joseph DeNardo
                                                       Joseph DeNardo, Manager

**Resolution of Board of Managers**
**Of**
**DeNardo Capital II LLC**

Whereas it is in the best interest of this Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Joseph DeNardo, Manager of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved that Joseph DeNardo, Manager of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved that Joseph DeNardo, Manager of this Company is authorized and directed to employ Kirby Aisner & Curley LLP to represent the Company in such bankruptcy case.

Dated: Irvington, New York
February 16, 2021

/s/ Joseph DeNardo
_____
Joseph DeNardo Manager