Debtor: <u>DeNardo Capital II LLC</u>          Chapter 11 Case Number: <u>21-22099</u>

## SCHEDULE A/B – CONTINUATION SHEET

**Part 9: Real Property**

**55.** **Any building, other improved real estate, or land which the debtor owns of in which the debtor has an interest**

| | |
|---|---|
| Address: | 30, 40 and 42 South Broadway and 0-20, 22, 24, 26, 28 and 30 Marker Ridge, Irvington |
| County: | Westchester |
| Section: | 2.90 |
| Block: | 44 |
| Lot(s): | 21, 21.1, 21.2, 21.3, 21.4, 21.5, 21.6, 21.7, 21.8, 21.9, 21.10, 21.11, 21.12, 21.13, 21.14, 21.15, 21.16, 21.17, 21.18, 21.19, 21.20, 21.21, 21.22, 21.23, 21.24, 21.25, 21.26, 21.27, 21.29 |

**Part 11: All other assets**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

DeNardo Capital Management LLC and DeNardo Capital II LLC v. Specialty Credit Holdings, LLC, Zee Bridge Capital LLC and Silver Point Finance, LLC, as Administrative Agent and Collateral Agent for the Lenders
Index No: 65854/2020
Counter-Claims, Amount Requested $TBD